WAGNER v. MISHEL et al. (Supreme Court, Appellate Term, First Department. June 18, 1914.) Appeal from Municipal Court, Borough of Manhattan, First District. Action by Louis Wagner against Morris Mishel and another. Judgment for plaintiff, and defendants appeal. Modified and affirmed. See, also, 148 N. Y. Supp. 1148. House, Grossman & Vorhaus, of New York City, for appellants. Henry Silverman, of New York City, for respondent.

WAGNER v. MISHEL et al. (Supreme Court, Appellate Term, First Department. June 18, 1914.) Appeal from Municipal Court, Borough of Manhattan, First District. Action by Louis Wagner against Morris Mishel and another. Judgment for plaintiff, and defendants appeal. Reversed, and complaint dismissed. See, also, 148 N. Y. Supp. 1148. House, Grossman & Vorhaus, of New York City, for appellants. Henry Silverman, of New York City, for respondent.

PER CURIAM. The testimony in this case shows that the workmanship upon the catalogues for the printing of which the plaintiff brought this action is of a most inferior quality, rendering them entirely unfit for the purposes for which the plaintiff knew that they were intended, and the testimony to that effect is fully confirmed by an examination of the specimens

offered in evidence and submitted upon the hearing of this appeal. Judgment reversed, with costs, and complaint dismissed, with costs. Costs in this action to be offset against the judgment in No. 112.